FILED

OCT 26 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE WILLIE GEORGE ERWIN, JR.,

Petitioner.

No. C 12-04699 EJD (PR)

JUDGMENT

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: 10/26/12

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
04699Erwin_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE ERWIN,

        Petitioner,

Case Number CV 12-04699 EJD (PR)

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __10/26/12__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Willie George Erwin, Jr.**
T-64857
CTF
P. O,. Box 698
Soledad, CA 93960-0689

DATED: __10/26/12__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk